William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
601 S. Figueroa St., Suite 2080
Los Angeles, CA 90017-5726
Tel: (213) 622-3003 – Fax: (213) 622-3053

John S. LeRoy (admitted *Pro Hac Vice*)
jleroy@brookskushman.com
Frank A. Angileri (admitted *Pro Hac Vice*)
fangileri@brookskushman.com
Christopher C. Smith (SBN 238882)
csmith@brookskushman.com
**BROOKS KUSHMAN P.C.**
1000 Town Center, 22nd Floor
Southfield, MI 48075
Tel: (248) 358-4400 – Fax: (248) 358-3351

Attorneys for Defendant Ford Motor Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNAL IP, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:14-cv-03106- JAK-JEM<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO TRANSFER**<br><br>Judge:　Hon. John A. Kronstadt<br>Courtroom:　Roybal 750 - 7th Floor<br><br>Action Filed:　April 23, 2014<br>Trial Date:<br><br>Hearing Date:　November 3, 2014<br>Time of Hearing: 8:30 AM |

**PLEASE TAKE NOTICE** that on November 3, 2014, at 8:30 AM, or as soon thereafter as counsel may be heard before the Honorable John A. Kronstadt, in Courtroom 750 of the United States District Court, Central District of California, located at 255 East Temple Street, Los Angeles, California, defendant Ford Motor Company will move and hereby does move this Court for transfer of venue to the Eastern District of Michigan.

This is a patent infringement lawsuit directed at vehicles designed by Ford Motor Company ("Ford") in the Eastern District of Michigan. In stark contrast, Plaintiff Signal IP, Inc. ("Signal IP") was formed in California only weeks before the commencement of suit. Signal IP does not have any evidence or witnesses located in this forum that are material to this patent infringement lawsuit against Ford. Through a series of recent transactions, Signal IP acquired the asserted patents on March 27, 2014 through its parent company Marathon Patent Group, headquartered in Virginia. In December 2013, Marathon acquired the patents from their original owner, Delphi Technologies, Inc. f/k/a Delco Electronics. Delphi's headquarters is located in the Eastern District of Michigan.

Signal IP asserts six different patents against six completely different and complex vehicle technologies on over <u>thirty</u> different Ford vehicles. The relevant Ford engineers, Ford's relevant third-party suppliers, and their respective documents are primarily located in Eastern District of Michigan. None of the information relevant to Signal IP's various infringement claims is located in this District.

Therefore, Ford requests pursuant to 28 U.S.C. § 1404(a) that this matter be transferred to the Eastern District of Michigan where Ford has its headquarters and central operations, where the accused products were developed, and where key witnesses and evidence are located. The accompanying brief in support sets forth in greater detail the factual and legal bases for the relief requested in this motion.

**Local Rule 7-3 Certification**

This motion is made following the meet and confer efforts made by counsel pursuant to L.R. 7-3, which took place on July 2, 2014.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points And Authorities, the statement of Uncontroverted Facts and Conclusions of Law, and the Declaration of Amy Leshan, including all exhibits, all filed concurrently herewith, and upon such other documentary and oral evidence that may be presented at the hearing.

Dated:  August 14, 2014         Respectfully submitted,

By: /s/ *John S. LeRoy*
John S. LeRoy (admitted *Pro Hac Vice*)
jleroy@brookskushman.com
Frank A. Angileri (admitted *Pro Hac Vice*)
fangileri@brookskushman.com
Christopher C. Smith (SBN 238882)
csmith@brookskushman.com
**BROOKS KUSHMAN P.C.**
1000 Town Center, 22nd Floor
Southfield, MI 48075
Tel: (248) 358-4400 – Fax: (248) 358-3351

William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
601 S. Figueroa St., Suite 2080
Los Angeles, CA 90017-5726
Tel: (213) 622-3003 – Fax: (213) 622-3053

*Attorneys for Defendant Ford Motor Company*