**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV14-02454 JAK (JEMx)   LA CV14-03107 JAK (JEMx) | Date | September 15, 2014 |
|---|---|---|---|
| | LA CV14-03106 JAK (JEMx)   LA CV14-03108 JAK (JEMx) | | |
| | LA CV14-02962 JAK (JEMx)   LA CV14-03111 JAK (JEMx) | | |
| | LA CV14-03109 JAK (JEMx)   LA CV14-03114 JAK (JEMx) | | |
| | LA CV14-03113 JAK (JEMx)   SA CV14-00491 JAK (JEMx) | | |
| | LA CV14-02963 JAK (JEMx)   LA CV14-02457 JAK (JEMx) | | |
| | LA CV14-03105 JAK (JEMx)   SA CV14-00497 JAK (JEMx) | | |

| Title | Signal IP v. American Honda Motor Co., Inc. |
|---|---|
| | Signal IP v. Ford Motor Company |
| | Signal IP v. Nissan North America, Inc. |
| | Signal IP v. Mercedes-Benz USA, LLC, et al. |
| | Signal IP v. Volkswagen Group of America, Inc. |
| | Signal IP v. Kia Motors America, Inc. |
| | Signal IP v. Subaru of America, Inc. |
| | Signal IP v. Fiat U.S.A., Inc., et al. |
| | Signal IP v. Volvo Cars of North America, LLC |
| | Signal IP v. Jaguar Land Rover North America, LLC |
| | Signal IP v. BMW of North America, LLC, et al. |
| | Signal IP v. Porsche Cars of North America, Inc. |
| | Signal IP v. Mazda Motor of America, Inc. |
| | Signal IP v. Mitsubishi Motors North America, Inc. |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jason L. Haas | Ahmed J. Davis; Geoffrey D. Beigler |
| Ryan E. Hatch | Linda D. Mettes |
| | Patrick A. Lujin; Richard Eiszner |
| | Scott W. Doyle |
| | Michael J. Lennon |
| | Khashayar S. Shahida; Ronald J. Pabis |
| | Clive M. McClintock; Matthew D. Satchwell |
| | Megan S. Woodworth |
| | David T. Pollock |
| | Lisa K. Nguyen |
| | Joseph Lavelle |
| | Eugene LeDonne; Edgar H. Haug (via t/c) |
| | Ali M. Imam; Charles Gorenstein; Laura K. Christa |

Proceedings:   **DEFENDANT'S MOTION TO TRANSFER (DKT. 35; *LA CV14-03106 - Ford*);**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV14-02454 JAK (JEMx)  LA CV14-03107 JAK (JEMx)  LA CV14-03106 JAK (JEMx)  LA CV14-03108 JAK (JEMx)  LA CV14-02962 JAK (JEMx)  LA CV14-03111 JAK (JEMx)  LA CV14-03109 JAK (JEMx)  LA CV14-03114 JAK (JEMx)  LA CV14-03113 JAK (JEMx)  SA CV14-00491 JAK (JEMx)  LA CV14-02963 JAK (JEMx)  LA CV14-02457 JAK (JEMx)  LA CV14-03105 JAK (JEMx)  SA CV14-00497 JAK (JEMx) | Date | September 15, 2014 |
|---|---|---|---|
| Title | Signal IP v. American Honda Motor Co., Inc.  Signal IP v. Ford Motor Company  Signal IP v. Nissan North America, Inc.  Signal IP v. Mercedes-Benz USA, LLC, et al.  Signal IP v. Volkswagen Group of America, Inc.  Signal IP v. Kia Motors America, Inc.  Signal IP v. Subaru of America, Inc.  Signal IP v. Fiat U.S.A., Inc., et al.  Signal IP v. Volvo Cars of North America, LLC  Signal IP v. Jaguar Land Rover North America, LLC  Signal IP v. BMW of North America, LLC, et al.  Signal IP v. Porsche Cars of North America, Inc.  Signal IP v. Mazda Motor of America, Inc.  Signal IP v. Mitsubishi Motors North America, Inc. | | |

**DEFENDANT'S PARTIAL MOTION TO DISMISS AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT (DKT. 38; *LA CV14-02962 – Nissan*);**

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT. 34; *LA CV14-03109 – Mercedes-Benz*);**

**DEFENDANT'S MOTION TO DISMISS THE CLAIMS FOR WILLFUL INFRINGEMENT IN PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT. 35; *LA CV14-03113 – Volkswagen);***

**SCHEDULING CONFERENCE (all cases)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant in part Defendant Volkswagen Group of America, Inc.'s Motion to Dismiss the Claims for Willful Infringement in Plaintiff's First Amended Complaint (the "Volkswagen Motion"), Defendant Mercedes-Benz USA, LLC's Motion to Dismiss Plaintiff's First Amended Complaint (the "Mercedes Motion"), and Defendant Nissan North America, Inc.'s Motion to Dismiss Amended Complaint, or in the Alternative, for a More Definite Statement (the "Nissan Motion"). The Court states its tentative views that it is inclined to grant Ford Motor Company's Motion to Transfer (the "Ford Motion"), and discusses the possibility of transferring the case after claim construction. Counsel address the Court. The Court takes the Volkswagen Motion, Mercedes Motion, Ford Motion and Nissan Motion UNDER SUBMISSION and will issue a ruling.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV14-02454 JAK (JEMx)   LA CV14-03107 JAK (JEMx)<br>LA CV14-03106 JAK (JEMx)   LA CV14-03108 JAK (JEMx)<br>LA CV14-02962 JAK (JEMx)   LA CV14-03111 JAK (JEMx)<br>LA CV14-03109 JAK (JEMx)   LA CV14-03114 JAK (JEMx)<br>LA CV14-03113 JAK (JEMx)   SA CV14-00491 JAK (JEMx)<br>LA CV14-02963 JAK (JEMx)   LA CV14-02457 JAK (JEMx)<br>LA CV14-03105 JAK (JEMx)   SA CV14-00497 JAK (JEMx) | Date | September 15, 2014 |
|---|---|---|---|
| Title | Signal IP v. American Honda Motor Co., Inc.<br>Signal IP v. Ford Motor Company<br>Signal IP v. Nissan North America, Inc.<br>Signal IP v. Mercedes-Benz USA, LLC, et al.<br>Signal IP v. Volkswagen Group of America, Inc.<br>Signal IP v. Kia Motors America, Inc.<br>Signal IP v. Subaru of America, Inc.<br>Signal IP v. Fiat U.S.A., Inc., et al.<br>Signal IP v. Volvo Cars of North America, LLC<br>Signal IP v. Jaguar Land Rover North America, LLC<br>Signal IP v. BMW of North America, LLC, et al.<br>Signal IP v. Porsche Cars of North America, Inc.<br>Signal IP v. Mazda Motor of America, Inc.<br>Signal IP v. Mitsubishi Motors North America, Inc. | | |

The Scheduling Conference is held. The Court confers with counsel regarding the joint report filed in each of the parties' respective cases. The Court sets the following deadlines as to all actions:

| | |
|---|---|
| TBD: | Last day to participate in a settlement conference/mediation |
| TBD: | Post Mediation Status Conference |
| October 14, 2014: | Infringement Contentions |
| October 28, 2014: | Exchange of Claim Terms |
| November 14, 2014: | Exchange Proposed Constructions and Evidence |
| December 12, 2014: | Complete Claim Construction Discovery |
| December 19, 2014: | Joint Markman Hearing Prehearing Statement |
| January 9, 2015: | Simultaneous Opening Markman Briefs |
| January 30, 2015: | Simultaneous Responding Markman Briefs, Tutorials, and Presentation/Powerpoint Materials |
| February 23, 2015 at 10:00 am: | Markman Hearing |
| March 11, 2015: | Claim Construction Decision Issued *(anticipated)* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV14-02454 JAK (JEMx)   LA CV14-03107 JAK (JEMx)<br>LA CV14-03106 JAK (JEMx)   LA CV14-03108 JAK (JEMx)<br>LA CV14-02962 JAK (JEMx)   LA CV14-03111 JAK (JEMx)<br>LA CV14-03109 JAK (JEMx)   LA CV14-03114 JAK (JEMx)<br>LA CV14-03113 JAK (JEMx)   SA CV14-00491 JAK (JEMx)<br>LA CV14-02963 JAK (JEMx)   LA CV14-02457 JAK (JEMx)<br>LA CV14-03105 JAK (JEMx)   SA CV14-00497 JAK (JEMx) | Date | September 15, 2014 |
|---|---|---|---|
| Title | Signal IP v. American Honda Motor Co., Inc.<br>Signal IP v. Ford Motor Company<br>Signal IP v. Nissan North America, Inc.<br>Signal IP v. Mercedes-Benz USA, LLC, et al.<br>Signal IP v. Volkswagen Group of America, Inc.<br>Signal IP v. Kia Motors America, Inc.<br>Signal IP v. Subaru of America, Inc.<br>Signal IP v. Fiat U.S.A., Inc., et al.<br>Signal IP v. Volvo Cars of North America, LLC<br>Signal IP v. Jaguar Land Rover North America, LLC<br>Signal IP v. BMW of North America, LLC, et al.<br>Signal IP v. Porsche Cars of North America, Inc.<br>Signal IP v. Mazda Motor of America, Inc.<br>Signal IP v. Mitsubishi Motors North America, Inc. | | |

March 23, 2015:            Joint Report re Scheduling & Case Progression

March 30, 2015 at 1:30 pm:       Status Conference re Scheduling

Counsel are reminded that these actions are not consolidated and, therefore, all pleadings and documents shall be filed in the respective case.

Counsel shall meet and confer and file a joint report no later than October 8, 2014, which shall address: (i) whether a third party neutral facilitator, either a Magistrate Judge or a private special master, shall be appointed to assist the parties with settlement and coordination of the cases to reduce costs and advance resolution; (ii) if so, the identification of the specific matter(s) that this person would oversee; (iii) which parties, if any, intend to file a motion to transfer and, if so, when the motion is anticipated to be filed; (iv) what issues, if any, remain to be resolved at the present time in light of the schedule that has been set for the case through claim construction and any agreements the parties are able to reach; and (v) whether the parties propose to amend slightly any of the dates that have been set.

**IT IS SO ORDERED.**

                                        :     11

Initials of Preparer    ak